AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
## Northern District of California

| | | |
|---|---|---|
| UNITED AIR LINES | ) | SAHC 11-23 WA |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. C 00-04100 CW |
| LEGEND AERO PRODUCTS, LLC., et al., | ) | |
| *Defendant* | ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 8/8/03

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: OCT 18 2011

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By _____ Deputy Clerk
Date 10-18-11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG - 7 2003
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| UNITED AIR LINES,<br><br>Plaintiff,<br><br>v.<br><br>LEGEND AERO PRODUCTS, LLC., NORMAN JEFFREY TUCKER, and RICHARD DARREN HARPER,<br><br>Defendants.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Real Party in Interest. | No. C 00-04100 CW<br><br>**JUDGMENT AND AMENDED JUDGMENT** |

Entered on Civil Docket 8/8/03

For the reasons set forth in the Report and Recommendation filed July 3, 2003, and adopted by this Court,

IT IS HEREBY ORDERED AND ADJUDGED

That default judgment is entered against Defendant Richard Darren Harper in favor of Federal Insurance Company, real party in interest, in the amount of $2,198,875.77, plus postjudgment interest pursuant to 18, U.S.C. § 1961(a).

The stipulated judgment entered against Defendants Legend Aero Products, LLC, and Norman Jeffrey Tucker on April 12, 2002, is amended as follows to effectuate the terms of the May 24, 2002, Final Release and Assignment between United Air Lines, Inc., and Federal Insurance Company: The $3.7 million judgment against Legend Aero Products, LLC, and Norman Jeffrey Tucker is apportioned so

that Legend Aero Products, LLC, and Norman Jeffrey Tucker are liable to Federal Insurance Company in the amount of $2,808,765, and Legend Aero Products, LLC, and Norman Jeffrey Tucker are liable to United Air Lines, Inc., in the additional amount of $891,235.

Because all three defendants engaged in a common fraudulent scheme:

a. Richard Darren Harper, Legend Aero Products, LLC, and Norman Jeffrey Tucker are jointly and severally liable to Federal Insurance Company for $2,198,875.77;

b. Legend Aero Products, LLC, and Norman Jeffrey Tucker are jointly and severally liable to Federal Insurance Company for an additional $609,889.23 (the difference between the $2,808,865 Legend Aero Products, LLC, and Norman Jeffrey Tucker owe to Federal Insurance Company, and the $2,198,857.77 default judgment against Richard Darren Harper); and

c. Legend Aero Products, LLC, and Norman Jeffrey Tucker are jointly and severally liable to United Air Lines, Inc., for the additional amount of $891,235.

Dated: AUG - 7 2003

CLAUDIA WILKEN
United States District Judge

scc

United States District Court
for the
Northern District of California

\* \* CERTIFICATE OF SERVICE \* \*

Case Number:4:00-cv-04100

United Air Lines Inc

vs

Legend Aero Products

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ___8-7-03___, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael F. Tubach, Esq.
O'Melveny & Myers LLP
Embarcadero Center West
275 Battery Street
Ste 2500
San Francisco, CA  94111-3305

Edward W. Swanson, Esq.
Swanson & McNamara LLP
300 Montgomery St.
Suite 1100
San Francisco, CA  94104

Richard Darren Harper
Federal Prison Camp-Nellis
95582-011
C.S. 4500
North Las Vegas, NV  89036-4500

Norman Jeffrey Tucker
25726  19th Avenue South
Des Moines, WA  98198

Gary J. Valeriano, Esq.
Anderson McPharlin & Conners
624 So Grand Ave 19th Flr

One Wilshire Bldg
Los Angeles, CA   90017-3320

Gregory K. Lee, Esq.
Anderson McPharlin & Conners
624 So Grand Ave 19th Flr
One Wilshire Bldg
Los Angeles, CA   90017-3320

Richard W. Wieking, Clerk

BY: _____
    Deputy Clerk